UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-59-FL-1

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO SEAL |
|---|---|
| v. | |
| TYSAUN NASH | |

The Court GRANTS Defendant's Motion to Seal DE 34. The Clerk is directed to maintain the motion to continue [DE 34] under seal.

This the __18th__ day of January, 2019.

_____
LOUISE WOOD FLANAGAN
U.S. District Court Judge

1