UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-59-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSAUN RASHAMEL NASH | ORDER GRANTING MOTION TO SEAL |

The Court GRANTS Defendant's Motion to Seal at DE 42. The Clerk is directed to maintain the motion to continue at DE 41 under seal.

This the __15th__ day of April, 2019.

_____
LOUISE WOOD FLANAGAN
U.S. District Court Judge

1