UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-59-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> TYSAUN RASHAMEL NASH | ORDER GRANTING MOTION TO SEAL |

The Court GRANTS Defendant's Motion to Seal at DE 47. The Clerk is directed to maintain the motion to continue at DE 47 under seal.

This the 30th day of August, 2019.

_____
LOUISE WOOD FLANAGAN
U.S. District Court Judge

1